468 A.2d 851

Commonwealth v. Nedab, Appellant.

Submitted October 13, 1983. Melvin B. Goldstein, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, MONTEMURO and POPOVICH, JJ.

Judgment of sentence affirmed.

468 A.2d 852

Commonwealth v. Nunes, Appellant.

Submitted May 25, 1983. Carmela R.M. Presogna, Assistant Public Defender, for appellant; Michael R. Cauley, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.